UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ 16-092 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| KEVIN TERRELL PETERSON, ) | |
| ) | |
| Defendant. ) | |

Offense charged:     Felon in Possession of Firearm

Date of Detention Hearing:   May 9, 2016.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.     Defendant is charged by Complaint with the above-listed offense, which was

DETENTION ORDER
PAGE -1

first charged in King County Superior Court.  Defendant has an outstanding bench warrant for failure to appear in that case, as well as five other outstanding bench warrants in other courts for failure to appear.  The AUSA proffers information that defendant fled at high speed when approached by case agents several weeks ago who were attempting to arrest him in the instant case.

2. Defendant, age 27, already has a lengthy criminal record that includes multiple charges each year with the exception of time when the defendant was incarcerated.  Together with the criminal charges are multiple failures to appear with bench warrant activity.

3. Defendant poses a risk of nonappearance based on failure to appear, active bench warrants, noncompliance while on supervision and possible substance use.  Defendant poses a risk of danger based on criminal history.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver

DETENTION ORDER
PAGE -2

the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 9th day of May, 2016.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3